WILSON W. RICKS v. THE ROCKY MOUNT SAVINGS AND TRUST
    COMPANY, THOS. H. BATTLE, H. E. BREWER, A. P. THORP AND
    T. E. RICKS, AS TRUSTEES OF THE ESTATE OF R. H. RICKS, DECEASED.

(Filed 12 September, 1928.)

**Wills—Rights and Liabilities of Devisees and Legatees—General Devises
    and Bequests.**

    A legatee, ordinarily, is not entitled to compensation for loss he may
    have sustained by reason of the diminution of the value of his legacy
    or for his failure or inability to collect the purchase price thereof.

APPEAL by plaintiff from *Barnhill, J.,* at Chambers, 16 June, 1928.
From NASH. Affirmed.

*T. T. Thorne and G. M. Fountain for plaintiff.*
*Battle & Winslow for defendant.*

PER CURIAM. The court below rendered the following judgment:
"The court having heard argument and fully considered same, is of the
opinion that the defendant trustees have no power under the provisions
of the will referred to upon the facts alleged in the complaint and ad-
mitted in the answer to make compensation to the plaintiff for any loss
he may have sustained by reason of diminution of the value of his legacy,
or his failure or inability to collect the purchase price thereof. Where-
fore, the plaintiff's action is dismissed, the court in its discretion direct-
ing that the defendants, out of the trust estate, pay the cost thereof."
    From a careful reading of the record, the will of R. H. Ricks and
codicils, and briefs of the parties, we think the judgment of the court
below correct. The judgment is
    Affirmed.